(100 South. 331)

### Ex parte TAYLOR. (7 Div. 481.)

(Supreme Court of Alabama. May 15, 1924.)

**Certiorari ⬗40—Petition not filed within 15 days too late.**

Petition for certiorari to review judgment of Court of Appeals, not filed within 15 days, comes too late.

Certiorari to Court of Appeals.

Sam Taylor, having been convicted of an offense, and on appeal to the Court of Appeals the judgment having been affirmed, petitions for certiorari to the Court of Appeals, to review and revise the judgment and decision there rendered in the case styled Taylor v. State, 19 Ala. App. 600, 99 South. 733. Petition dismissed.

Hugh Walker, of Anniston, for petitioner.

In view of the decision, it is not necessary that brief be here set out.

Harwell G. Davis, Atty. Gen., opposed.

No brief reached the Reporter.

SOMERVILLE, J. In this case the record shows that defendant's application for rehearing was overruled by the Court of Appeals on April 8, 1924, and that his petition for the writ of certiorari to review the judgment of that court was filed in this court on April 24, 1924. Not being filed within fifteen days, as the law requires, the petition comes too late, and must for that reason be dismissed.

Petition dismissed.

ANDERSON, C. J., and GARDNER and THOMAS, JJ., concur.